UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RANDY J. LANDRY AND WIFE, KAREN LANDRY, PLAINTIFFS, | * | CIVIL ACTION |
| | * | NO. 2:12-cv-02031 |
| VERSUS | * | JUDGE TRICHE MILAZZO SECTION: H |
| ZIMMER, INC., a/k/a ZIMMER SOLUTIONS, DEFENDANT | * | MAGISTRATE JUDGE ROBY MAGISTRATE: 4 |

## O R D E R

CONSIDERING the above and foregoing Motion to Dismiss as of Non-Suit and Without Prejudice, (Doc. 8)

IT IS HEREBY ORDERED that the above captioned matter be and the same is hereby dismissed as of non-suit and without prejudice.

THUS DONE AND SIGNED on this 24th day of September, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE